# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2015

Lyle W. Cayce
Clerk

No. 15-20241

UNITED NEUROLOGY, P.A.; ATHARI REAL ESTATE, LIMITED,

Plaintiffs - Appellants

v.

HARTFORD LLOYD'S INSURANCE COMPANY, doing business as The Hartford,

Defendant - Appellee

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-4248

Before JOLLY and JONES, Circuit Judges, and MILLS[*], District Judge.

PER CURIAM:[**]

The court has carefully considered all of the issues raised in this appeal in light of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm for essentially the reasons stated in the district court's comprehensive opinion. In particular, there is insufficient evidence to create a genuine dispute as to

[*] District Judge of the Northern District of Mississippi, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20241

whether the appraisal panel exceeded its authority by improperly allocating damages to "mitigation" rather than to the actual pre-existing condition of the properties. *TMM Investments, Ltd. v. Ohio Cas. Ins. Co.*, 730 F.3d 466, 474-75 (5th Cir. 2013). The court's judgment is **AFFIRMED**.